ORIGINAL



Doreen Stef

vs.

Sgt Choi Charles, City of NY    complaint
104 command
Ridgewood Queens    jury

**CV 14    4781**

Doreen Stef
61-54 62 Rd.
Middle Village
11379

GARAUFIS, J.

BLOOM, M.J.

Sgt. Choi Charles
104 command
Ridgewood Queens

π wrongful arrests fm victim² Doreen Stef
Choi let 2 junkies who ripped me from
an accelerated car. Choi didnt pursue or back up
that the female junkie ripped all my hair

①

ORIGINAL

CV 14 4781

CAPARIS, J.

BLOOM, M.J.

~~his~~ Choi let the male junkie perpetrator. ran. Choi tricked me into ambulance no ~~his~~ Started chaining me - I was confused I ~~kept~~ repeating I'm the victum 2 junkies ripped from my car & beat. & female swung onto her property & was in a choke hold between her ~~into~~ her over sized legs. One junkie lied & called cops. ~~Officer~~ CHOI tricked me ~~into~~ into ambulance - chained me unaware - NO miranda rights CHOI took me to Forest Hills hospital by himself - Choi & (while ~~into~~ from Hands to Legs proceded into ER. In ER CHOI said I had flau all over me. ~~He took me into~~ X-Ray. I refused to take blouse off en front him - He was aggressively upset the technition disputed with officer to leave room. - Post X-ray (CHOI chained me again & said for me to come or follow him. I took Approx. 10 baby steps when CHOI took His Right arm slid it ~~into~~ under

(2)

my left arm (chained behind me) CHOI lifted me up throwing me forcebly up in the air of ER & came down onto Medecine cart, + smashed bounced on nurses station slid down station fell onto my knees + face prone. Choi & I waited about 1½ or so for a cop to pick us up. The cops took the longest way from hospital and then pulled into St. Johns Cementary. We stayed at Cemetary approx 40 min maybe more. They drove the long way to PCT. Then caged me for hours. They made me sign four papers I could see. Head Trauma Dislocated shoulder 4 Fractured Left Ribs my colon swelled to hemorrage 7 weeks Permantly disabled from previous accident

③ I did physical Therapy for 4 years this ASSULT took me straight down

~~suing~~ monetary award.
Whatever the Mercy of the court
releases the extent of injuries, purment
injuries, mental distress,
hemeorages, no voice dyhdridrates
brutally beaten, Doctor diagnas
malacious beating to a disabled
woman Cervical & Lumbar spine
surgical candidate - please have
mercy & Have horrendous
Doctors, my children + Family
affected. Total mental Distress

Doreen Stef   8/8/14
718-381-5765



CASE No. 9/16/13    PATIENT'S NAME: Doreen Stef

| DATE | | | SUBSEQUENT VISITS AND FINDINGS |
|---|---|---|---|
| MO. | DAY | YR. | |
| 8 | 2 | 20 | |

Linda Kamme + Live in Boyfriend Joe + German Shephard approached me from back of my car. Told me get out to discuss something. I opened car Doors. Linda ripped me by my hair, swung me into her boyfriend who beat my face. Boxing my face, Linda ripping my hair out. I was punched repeatedly by Linda's boyfriend who threw a right punch to my left cheek. I hit the steel plate man hole cover with my Left cheek. The imprint of steel plate was imbedded in my cheek. I crawled to stand walked to the side. LINDA KAMME + LIVE IN BoyFriend both IV users on progam.

Cops came tricked me into Ambulance. Saying took me to LIJ in Forest Hills ½ hr away. This all happened in front of my house 61-54 62 Rd MV 11379 Ids ambulance. Cops took both my arms + shackled them behind my back, then shackled both Legs + Feet with thick Long shackles severely tight, causing severe edema + brussing. I was confused. I Told Cops Junkies jumped me I have a previous disablement condition with Fractured ankle still mending. Cops ignored me drove to hospital with all severely shackled. I went into X Ray with 1 cop. He would not leave me + I was asked to remove my shirt for X-Ray. Cop refused to leave. I refused undressing enfront of cop.

As we left the x-Ray cop swung his Right Arm under my left arm quickly lifting me off floor throwing my against Medicine Cart onto nursing station falling to knees. I never spoke to cop to Afraid of him. Spent at least 1 hr waiting for another cop to arrive to pick us up. Then Cop sat in back seat with me as I kept praying. They parked infront of St Johns Cemetary for app. 20-30 min. Took me to Police Station in Cage for hours. Please God pray for me. I'm so in pain. Lumps bumps 1 month hemoraging. Dislocated shoulder.

718-381-5765

Doreen Stef

Location   M.. 61-54 62 Rd MV 11379

CASE No. 9/16/13        PATIENT'S NAME Doreen Stef

| DATE | | | SUBSEQUENT VISITS AND FINDINGS |
|---|---|---|---|
| MO. | DAY | YR. | |
| 8 | 2 | 20 | Linda Kamme + Live in Boyfriend Joe + German Shephard approached me from back of my car told me get out to discuss something. I opened car Doors Linda ripped me by my hair swung me into her boyfriend who beat my face. Boxing my face, Linda ripping my hair out I was punched repeatedly by Linda's boyfriend who threw a right punch to my left cheek I hit the steel plate man hole cover with my Left cheek. The imprint of steel plate was imbedded in my cheek. I crawled to stand walked to the side. LINDA KAMME + LIVE IN BOYFRIEND both IV users in progress. Cops came tricked me into Ambulance. Saying took me to LIJ in Forest Hills ½ hr away. This all happened in front of my house 61-54 62 RD MV 11379 IV ambulance. Cops took both my arms + shackled them behind my back, then shackled both Legs + Feet with thick long shackles severely tight, causing severe edema + bruising. I was confused Told Cops Junkies jumped me I have a previous disablement condition with fractured ankle still painful. Cops ignored me drove to hospital with all severely shackled. I went into X Ray with 1 cop He would not leave me + I was asked to remove my shirt for X-Ray. Cop refused to leave I refused undressing in front of cop. As we left the X-Ray Cop sweing his Right Arm under my left arm quickly lifting me off floor throwing me against Medicine Cart onto nursing station, falling to knees. I never spoke to cop to afraid of him spent at least 1 hr waiting for another cop to arrive to pick us up. Then cop sat in back seat with me as I kept praying. They parked in front of St Johns Cemetary for app. 20-30 min. Took me to Police Station in cage for hours. Please God pray for me. I'm so in pain lumps bumps 1 month hemoraging. Dislocated shoulder. 718-381-9765. Doreen Stef |

I'm so in pain
61-54 62 Rd

The 2 attackers are HIV- Both in Drug programs ~~offers~~ Took a $20 Bill to Reason for ~~peace~~ even I was innocent but they insisted 250.

Cops Came Came I was Beat up. Cop wrongfully tricked me into an ambulance.

Then forcefully cuffed tightly both wrists behind me and shackled both Legs chaining each leg~~gers~~ with Large heavy shackles.

~~D____~~ I was ~~cuffed~~ STATED I was attacked what are you doing taking you to hospital under arrest - Read NO Rights - Took Long way to Hospital. 1 Cop stayed with me came into xray I would not expose myself in X-ray to Cop. I ~~gently~~ told Cop I cant take my clothes ~~to~~ ~~~~ expose myself to you he was annoyed.

see - I didn't have my glasses. I ask P.O. Bow - please read this I cant sign papers without my glasses. Cop said if you don't you go back in cage

My Name is ~~Doreen Stef~~ Age 57
Same Location) 61-54 62 Rd
4 attack         Middle Village
9:30 Am          NY 11379
Fri Aug 2, 2013
My body Beaten body spiked high Fever, ~~so~~ severe bleeding was hospitaled for ~~dy~~ dehydration + ~~hom~~ hemorraging. I was on medication Clean suit severe pain Cover with Blues.

Cop + I

Cop + I

~~For~~ Severely shackled as ~~was~~ deposited x-ray into E.R.

The cop slid he arm unde my schackles into **LEFT** armpit Lifting + throwing me my body smashed against medicine ~~too~~ cart onto ~~the~~ my chest L side severely hit the nurses station landing on hospital Floor. They whole time I ~~incurr~~ I prayed softly to Jesus My Lord. I tried to get up from floor + felt ~~knew~~ my rt L shoulder was broken. It took about 1 hr for another male cop to pick us up from hospital. Totaly I was in back of Police Car bent over shoulder hanging R forward arm tightly shackled behind back, leaning I was from from unbelievable pain Body close to car floor RO

Cop said I need a new husband. Cops took long way + then stopped Cop Car by St. Johns cemetary on Woodhaven Blvd where we parked 20- to 30 min 1 Cop was Driver. The Abusive Cop sat in back next to me - They shut the Car off (I Kept praying) in case cause I felt like I was dying. After ½ hr Driver Cop looked at watch & asked cop next to me should we go. P.O. Choi said ya its OK. Took me to 104 still chained and locked my in cell. They said ~~I felt okay~~ I poped my shoulder back in severe pain.

release after hrs. I was sign 4 papers & could